UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTJUAN DARNELL COX,<br><br>        Petitioner,<br><br>    v.<br><br>ROBERT BURTON,<br><br>        Respondent. | Case No. 20-cv-08417-SI<br><br>**JUDGMENT** |

The petition for writ of habeas corpus is dismissed.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: February 3, 2021

_____
SUSAN ILLSTON
United States District Judge